| | |
|---|---|
| ALBERT ROBINSON, | Case No. 5:18-00906 VAP (ADS) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| SAN BERNARDINO COUNTY, et al., | |
| Defendants. | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, the Report and Recommendation of the assigned United States Magistrate Judge dated May 3, 2019, [Dkt. No. 44], and Plaintiff's May 28, 2019 filing entitled, "Plaintiffs' Opposition to and Response to Magistrates Conclusions and Findings" [Dkt. No. 45]. After thorough analysis and consideration of the Report and Recommendation, as well as *de novo* review of those portions objected to, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 44], is accepted;

2. The case is dismissed with prejudice as to all claims in the complaint except fraud, and as to that claim, without prejudice; and

3. Judgment is to be entered accordingly.

Dated: June 24, 2019

*Virginia A. Phillips*
THE HONORABLE VIRGINIA A. PHILLIPS
Chief United States District Judge