JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ALBERT ROBINSON, | Case No. 5:18-00906 VAP (ADS) |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| SAN BERNARDINO COUNTY, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice as to all claims in the complaint except fraud, and as to that claim, without prejudice.

Dated: June 24, 2019

_____
THE HONORABLE VIRGINIA A. PHILLIPS
Chief United States District Judge